| | |
|---|---|
| **From:** | Shanicqua Bryant <nicqua8212@gmail.com> |
| **Sent:** | Sunday, May 15, 2022 3:00 PM |
| **To:** | PAED Documents |
| **Subject:** | 21-2886 |
| **Attachments:** | AC2886.pdf; 24340-19-20.pdf |

**CAUTION - EXTERNAL:**


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.